UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LINDA REED,

    Plaintiff,

v.                                                      Case No. 18-cv-263-pp

COMMON BOND, LLC. and
COMMONBOND HOUSING,

    Defendant.

---

**ORDER DENYING PLAINTIFF'S LETTER MOTION TO RECEIVE DOCUMENTS BY EMAIL (DKT. NO. 37)**

---

The court has received a letter from the plaintiff, asking that the court send her documents via email, rather than on paper, through the postal service. Dkt. No. 37. She says that seeing pages of papers with writing on both sides is "too much," that she can't comprehend that much information at one time and that she needs to break down information into portions that she can "work with and see." Id. She indicates that email will help her with her organization. Id.

The court will deny the plaintiff's motion. The court regrets that the plaintiff struggles with comprehending information on paper. But with hundreds of cases and thousands of motions on the court's docket, it cannot create a different rule for the plaintiff than it imposes on other parties who are representing themselves. If the plaintiff ever needs more time to understand the

documents the court sends, or to respond to deadlines, she may ask the court for additional time.

The court **DENIES** the plaintiff's letter motion to receive documents by email. Dkt. No. 37.

Dated in Milwaukee, Wisconsin this 10th day of May, 2019.

                                **BY THE COURT:**

                                **HON. PAMELA PEPPER**
                                **United States District Judge**