UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**LINDA REED,**

            **Plaintiff,**

v.                                                            Case No. 18-CV-263

**COMMONBOND HOUSING,**

            **Defendant.**

---

## RECRUITMENT ORDER

---

      At the court's request, Attorney Alan C. Olson, Alan C. Olson & Associates, s.c., has agreed to represent plaintiff Linda Reed on a volunteer basis, for the limited purpose of representing her during mediation. The volunteer representation by Attorney Olson is contingent on Reed's signing and returning the enclosed agreement. As the agreement states, Attorney Olson's representation is limited to the mediation and will automatically terminate upon the mediation's conclusion, regardless of the outcome.

      **IT IS HEREBY ORDERED** that on or before **September 30, 2022**, Reed must sign and return the enclosed agreement if she wishes to proceed with counsel during the mediation at no charge to her.

      **IT IS FURTHER ORDERED** that a copy of this order be sent to Attorney Alan C. Olson, Alan C. Olson & Associates, s.c., 2880 S. Moorland Rd, New Berlin, WI 53151.

Dated at Milwaukee, Wisconsin this 9th day of September, 2022.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge